# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

DOUGLAS LEELON WOOTEN,     *

       Plaintiff,     *       CIVIL ACTION NO.: 2:21-cv-92

v.     *

PRESTON BOHANNON, et al.,     *

       Defendants.     *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Jeff Davis County Sheriff's Department, Bell, and McRae. Id. Plaintiff's deliberate indifference claim against Defendant Bohannon remains pending. Id.; Dkt. No. 12.

**SO ORDERED**, this _____ day of _____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA