IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DOUGLAS LEELON WOOTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF PRESTON BOHANNON,<br><br>    Defendant. | CIVIL ACTION NO.: 2:21-cv-92 |

**O R D E R**

This matter is before the Court Defendant's Motion to Stay Discovery. Doc. 25. Defendant requests the Court stay all deadlines and discovery in this case pending resolution of his motion to dismiss. Plaintiff has not responded to this Motion, indicating no opposition. Local R. 7.5. Upon review, the Court **GRANTS as unopposed** Defendant's Motion and **STAYS** all discovery and related deadlines in this case until the Court resolves Defendant's pending dispositive motion. Should any claims remain at that time, this stay shall lift automatically.[1]

**SO ORDERED**, this 13th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is **DIRECTED** to amend the docket and record of this case to reflect Plaintiff's "letter" is his response to Defendant's motion to dismiss. Doc. 28.