# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DOUGLAS LEELON WOOTEN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-92 |
| | * | |
| v. | * | |
| | * | |
| PRESTON BOHANNON, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 30.  Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS** Defendant's Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust available administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  The

Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___13___ day of ___July___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA